
RECEIVED
JUL 18 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 02-50094-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| BARANDLE L. WILLIAMS | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Before this Court is a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Doc. #36] filed by defendant, Barandle Williams, wherein defendant relies on Blakely v. Washington, 124 S.Ct. 2531 (2004).

On January 12, 2005, the United States Supreme Court, in United States v. Booker, 125 S.Ct. 738 (2005), held that Blakely, 124 S.Ct. 2531, applies to the Sentencing Guidelines. However, the Booker Court also determined that their holding would apply to "all cases on direct review." Booker, supra at 769. As this matter is no longer on direct review, **IT IS ORDERED** that defendant's motion be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this /7 day of July, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE